IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

Civil Action No. 05-cv-01662-OES

DEC 1 2 2005

MICHAEL L. JOHNSON,

GREGORY C. LANGHAM
CLERK

        Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA,
WARDEN BRENT CROUSE, in his individual and official capacities as Warden at
        Crowley Co. Correctional Fac. (CCCF),
CORRECTIONS CORPORATION OF AMERICA MEDICAL DOCTOR DR. SUTTON, in
        his individual and official capacities as physician at CCCF,
CORRECTIONS CORPORATION OF AMERICA HEALTH SERVICES
        ADMINISTRATOR DEL LECOUNT, in her individual and official capacities as
        H.S.A. at CCCF,
CORRECTIONS CORPORATION OF AMERICA CORRECTIONAL OFFICER DOUG
        SATTERLY, in his individual and official capacities at CCCF,
CORRECTIONAL CORPORATION OF AMERICA MEDICAL PERSONNEL,
 JOHN AND JANE DOE, 1 thru 10 in their individual and official capacities as medical
staff at CCCF, and
CORRECTIONS CORPORATION OF AMERICA CORRECTIONAL OFFICERS AND
        OFFICIALS JOHN AND JANE DOE, 1 thru 10 in their individual and official
        capacities at CCCF,

        Defendants.

_____

ORDER ALLOWING PLAINTIFF TO PROCEED
WITHOUT PAYMENT OF INITIAL PARTIAL FILING FEE

_____

        On October 3, 2005, the court granted Plaintiff Michael L. Johnson leave to

proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Pursuant to § 1915(b)(1),

the court ordered Mr. Johnson either to pay an initial partial filing fee of $1.00 or to

show cause why he has no assets and no means by which to pay the designated initial

partial filing fee. On December 6, 2005, Mr. Johnson submitted a copy of his inmate

trust fund account statement showing that the available balance in his account as of December 1, 2005, is - $ 7.27. The financial affidavit previously filed by Mr. Johnson reveals no other assets. He also submitted a motion for extension of time in which to pay the designated initial partial filing fee.

Title 28 U.S.C. § 1915 requires a prisoner bringing a civil action "to pay the full amount of a filing fee." 28 U.S.C. § 1915(b)(1). If a prisoner is unable to afford the full amount of the filing fee when the action is filed, the statute provides for payment of the filing fee through an initial partial filing fee and monthly installments of the balance until the full filing fee is paid. However, "[i]n no event shall a prisoner be prohibited from bringing a civil action or appealing a civil or criminal judgment for the reason that the prisoner has no assets and no means by which to pay the initial partial filing fee." 28 U.S.C. § 1915(b)(4).

Because he has demonstrated that he has no assets and no means by which to pay the initial partial filing fee, Mr. Johnson will be allowed to proceed in this action without payment of the initial partial filing fee designated in the court's October 3, 2005, order. The court will proceed to review the complaint pursuant to § 1915(e)(2)(B). However, although he may proceed without payment of an initial partial filing fee, Mr. Johnson remains obligated to pay the full $250.00 filing fee through monthly installments as directed in the court's October 3 order and reiterated below. Accordingly, it is

ORDERED that Mr. Johnson may proceed in this action without payment of the initial partial filing fee designated in the court's October 3, 2005, order because he has shown cause why he has no means by which to pay an initial partial filing fee. Mr.

2

Johnson remains obligated to pay the full amount of the required $250.00 filing fee pursuant to § 1915(b)(1).  It is

FURTHER ORDERED that until the $250.00 filing fee is paid in full, Mr. Johnson shall make monthly payments to the court of twenty (20) percent of the preceding month's income credited to his account or show cause why he has no assets and no means by which to make each monthly payment.  Mr. Johnson is directed to make the necessary arrangements to have the monthly payments identified by the civil action number on this order.  It is

FURTHER ORDERED that if Mr. Johnson fails to have the appropriate payment sent to the clerk of the court each month or to show cause each month as directed above why he has no assets and no means by which to make the monthly payment, the complaint may be dismissed without prejudice and without further notice.  It is

FURTHER ORDERED that the motion for extension of time in which to pay the designated initial partial filing fee that Mr. Johnson submitted and the court filed on December 6, 2005, is denied as unnecessary.  It is

**FURTHER ORDERED that the court may dismiss this action and may apply all or part of the filing fee payments tendered in this action to satisfy any filing fee debt the plaintiff may owe in a prior action or actions if the plaintiff fails to stay**

**current with his payment obligations in the prior action or actions.**

DATED at Denver, Colorado, this ___12___ day of ___December___, 2005.

BY THE COURT:

_____

O. EDWARD SCHLATTER
United States Magistrate Judge

4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-01662-OES

Michael L. Johnson
Reg. No. 60930
Arrowhead Corr. Ctr
P.O. Box 300
Canon City, CO 81215

    I hereby certify that I have mailed a copy of the    **ORDER** to the above-named
individuals on 12 12 05

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk