IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01662-ZLW

MICHAEL L. JOHNSON,

      Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA,
WARDEN BRENT CROUSE, in his individual and official capacities as Warden at
      Crowley Co. Correctional Fac. (CCCF),
CORRECTIONS CORPORATION OF AMERICA MEDICAL DOCTOR DR. SUTTON, in
      his individual and official capacities as physician at CCCF,
CORRECTIONS CORPORATION OF AMERICA HEALTH SERVICES
      ADMINISTRATOR DEL LECOUNT, in her individual and official capacities as
      H.S.A. at CCCF,
CORRECTIONS CORPORATION OF AMERICA CORRECTIONAL OFFICER MS.
      REAL in her individual and official capacities at CCCF,
CORRECTIONS CORPORATION OF AMERICA CORRECTIONAL OFFICER DOUG
      SATTERLY, in his individual and official capacities at CCCF,
CORRECTIONAL CORPORATION OF AMERICA MEDICAL PERSONNEL,
JOHN AND JANE DOE, 1 thru 10 in their individual and official capacities as medical
      staff at CCCF, and
CORRECTIONS CORPORATION OF AMERICA CORRECTIONAL OFFICERS AND
      OFFICIALS JOHN AND JANE DOE, 1 thru 10 in their individual and official
      capacities at CCCF,

      Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 2 0 2006

GREGORY C. LANGHAM
CLERK

---

## ORDER DENYING MOTION FOR RECONSIDERATION

---

Plaintiff Michael L. Johnson filed *pro se* on April 12, 2006, a motion titled "Motion

for Rehearing." The Court must construe the motion liberally because Mr. Johnson is

proceeding *pro se*. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v.*

*Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). Therefore, the Court will construe the

motion as a motion for reconsideration. For the reasons stated below, the motion for

reconsideration will be denied.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." *Van Skiver v. United States*, 952 F.2d 1241, 1243 (10th Cir. 1991). A motion to reconsider filed within ten days after the judgment will be considered pursuant to Rule 59(e). *See id.* A motion to reconsider filed more than ten days after the final judgment in an action should be considered pursuant to Rule 60(b). *See id.* at 1243. Mr. Johnson's motion, which was filed more than ten days after the Court's Order and Judgment of Dismissal, entered on March 13, 2006, and filed on March 14, 2006, will be considered pursuant to Fed. R. Civ. P. 60(b). Relief under Rule 60(b) is appropriate only in extraordinary circumstances. *See Massengale v. Oklahoma Bd. of Examiners in Optometry*, 30 F.3d 1325, 1330 (10th Cir. 1994).

The Court dismissed the instant action without prejudice because Mr. Johnson failed as directed to file an amended complaint that complied with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure and that demonstrated exhaustion of the Colorado Department of Corrections' administrative remedies. The basis for the dismissal is explained in detail in the dismissal order filed on March 14, 2006.

Upon consideration of the motion to reconsider and the entire file, the Court finds that Mr. Johnson fails to demonstrate the existence of any extraordinary circumstances that would justify a decision to reconsider and vacate the order dismissing this action.

Therefore, the motion for reconsideration will be denied.  Mr. Johnson is reminded that the instant action was dismissed without prejudice and that, if he chooses, he may raise his claims in a new action that complies with the pleading requirements of Fed. R. Civ. P. 8.  Accordingly, it is

ORDERED that the motion titled "Motion for Rehearing" submitted *pro se* by Plaintiff Michael L. Johnson and filed by the Court on March 14, 2006, and which the Court has construed liberally as a motion pursuant to Rule 60(b) of the Federal Rules of Civil Procedure, is denied.  It is

FURTHER ORDERED that the motion titled "Motion to File Outside of Deadline" filed on April 12, 2006, is denied as unnecessary.

DATED at Denver, Colorado, this 20 day of ___April___, 2006.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-01662-BNB

Michael L. Johnson
Reg. No. 60930
Arkansas Valley Corr. Facility
PO Box 1000
Crowley, CO 81034

     I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 4/20/06

GREGORY C. LANGHAM, CLERK

By:_____
            Deputy Clerk